## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **1120 INDUSTRIAL BOULEVARD, INC.**<br>**t/a 1120 INDUSTRIAL BOULEVARD**<br>**ASSOCIATES** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO.  14-2653** |
| **APRIA HEALTHCARE, INC.** | : | |

---

| | | |
|---|---|---|
| **1120 INDUSTRIAL BOULEVARD, INC.**<br>**t/a 1120 INDUSTRIAL BOULEVARD**<br>**ASSOCIATES** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **APRIA HEALTHCARE, INC.** | : | **NO.  14-2953** |

## ORDER

**AND NOW**, this 31st day of October, 2014, upon consideration of the Plaintiff's Motion for Partial Summary Judgment (Document No. 35), the Defendant's Motion for Partial Summary Judgment (Document No. 32), the Plaintiff/Counterclaim Defendant's Motion for Summary Judgment (Document No. 34), the responses, and after oral argument, it is **ORDERED** as follows:

1. Plaintiff's Motion for Partial Summary Judgment is **DENIED**;

2. Defendant's Motion for Partial Summary Judgment is **GRANTED**; and

3. Plaintiff/Counterclaim Defendant's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**.

TIMOTHY J. SAVAGE, J.